**Electronically Filed
Supreme Court
SCWC-19-0000391
21-JAN-2025
07:51 AM
Dkt. 30 ODAC**

SCWC-19-0000391

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

MICHAEL C. GREENSPON, Petitioner/Plaintiff/Counterclaim
Defendant-Appellant,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE; CIT BANK NA
F/K/A ONEWEST BANK, F.S.B.; ALDRIDGE PITE LLP F/K/A PITE DUNCAN
LLP,
Respondents/Defendants-Appellees,

and

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR RESIDENTIAL
ASSET SECURITIZATION TRUST SERIES 2006-A8 MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-H,
Respondent/Counterclaimant/Third-Party Plaintiff-Appellee,

and

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC
BANK, F.S.B.; and DEPARTMENT OF PUBLIC WORKS, COUNTY OF MAUI,
Respondents/Third-Party Defendants-Appellees.
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000391; CAAP-20-0000442; CASE NO. 2CC171000090)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens,
JJ.)


Petitioner's Application for Writ of Certiorari, filed

on November 27, 2024, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 21, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

